### NATIONAL BANK OF ATHENS v. SHACKELFORD.

(Circuit Court of Appeals, Fifth Circuit. October 29, 1913.)

No. 2,548.

BANKRUPTCY (§ 175\*)—MORTGAGES—VALIDITY AS AGAINST TRUSTEE.

    A mortgage given by a bankrupt, although for a valid consideration and valid as between the parties, if withheld from record by agreement or understanding between them, so as not to affect the mortgagor's credit, may be set aside at the suit of his trustee.

    [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 247, 248; Dec. Dig. § 175.\*]

Appeal from the District Court of the United States for the Northern District of Georgia; Wm. T. Newman, Judge.

Suit in equity by F. C. Shackelford, trustee in bankruptcy of J. N. Webb, against the National Bank of Athens. Decree for complainant, and defendant appeals. Affirmed.

John J. Strickland, of Athens, Ga., for appellant.

Howell C. Erwin, Stephen C. Upson, Andrew J. Cobb, and Horace M. Holden, all of Athens, Ga., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. The evidence in this case tends strongly to show that, although the mortgage given by the bankrupt to the appellant was for a valid consideration and effective as between the parties thereto, the same by understanding, if not agreement, was withheld from record, so as not to affect the mortgagor's credit; and we therefore concur with the trial judge in his disposition of the case.

The decree appealed from is affirmed.